TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00466-CV

Mike Huvall, Appellant

v.

Albert Benestante, Sr., Independent Executor of the Estate of Albert Benestante, Jr.;

Jack Apple, Jr.; and Chevrolet Country, Inc., Appellees

FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY

NO. 61,901-A, HONORABLE GUY HERMAN, JUDGE PRESIDING

PER CURIAM

 Appellant Mike Huvall has filed a motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(B). 

 The appeal is dismissed and appellant's motion for extension of time to file statement of
facts is submitted and dismissed as well.

Before Justices Powers, Aboussie and Jones

Dismissed on Appellant's Motion

Filed: January 23, 1997

Do Not Publish